**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK SELIGER, | ) |
| Plaintiff, | ) No. 1:20-cv-03030-AT |
| v. | ) |
|  | ) **NOTICE OF APPEARANCE** |
| MRC MEDIA, LLC, et al., | ) |
| Defendants. | ) |

    I am admitted to practice in this Court. I hereby appear as lead counsel for Defendant MRC Media, LLC.

DATED: May 27, 2020          By: /s/ J. Matthew Williams
                                              J. Matthew Williams
                                              MITCHELL SILBERBERG & KNUPP LLP
                                              1818 N Street, NW, 7th Floor
                                              Washington, DC 20036
                                              202-355-7900
                                              Email: mxw@msk.com

                                              *Attorneys for Defendant*