UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __  9/4/2020
```

MARK SELIGER,

                                    Plaintiff,                    20-CV-03030 (AT)(SN)

                    -against-                                    **SETTLEMENT CONFERENCE
                                                                        ORDER**

MRC MEDIA, LLC, et al.,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A settlement conference is scheduled for Friday, October 23, 2020, at 10:00 a.m. and will

be held telephonically. The Court will provide dial-in information by email before the

conference.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Friday, October 16, 2020.  Should the parties resolve the

litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:        September 4, 2020
                    New York, New York

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge